UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| L. FOSTER CONSULTING, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:11cv815 (LMB)(JFA) |
| ) | |
| XL GROUP, INC. ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER GRANTING XL GROUP, INC.'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

This cause, having come before this Court on the Consent Motion for Extension of Time to Respond to Complaint filed by Defendant XL Group, Inc. ("XL Group"), and Plaintiff L. Foster Consulting, LLC having agreed to the motion, it is, therefore:

ORDERED that the motion is granted and XL Group shall respond to Plaintiff's Complaint by November 4, 2011.

SO ORDERED, this 15 day of September, 2011.

/s/ _____
Leonie M. Brinkema
United States District Judge