IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| L. FOSTER CONSULTING, LLC | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | Civil Action No.  1:11cv815 |
| | ) | (LMB/JFA) |
| XL GROUP, INC. | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT XL GROUP, INC.'S**
**MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION TO TRANSFER**

COMES NOW Defendant XL Group, Inc. ("XL Group"), by and through counsel, pursuant to Fed. R. Civ. P. 12(b)(3) and 28 U.S.C. § 1406(a), moves this Court to dismiss Plaintiff's First Amended Complaint ("Complaint") against it.  Alternatively, XL Group moves this Court to transfer this matter to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1406(a) or 28 U.S.C. § 1404(a).

WHEREFORE Defendant XL Group, Inc. respectfully requests that this Court dismiss the Complaint filed by Plaintiff, Foster Consulting LLC.  Alternatively, XL Group, Inc. respectfully requests that this Court transfer this matter to the United States District Court for the Eastern District of Pennsylvania.

Dated: November 4, 2011                          Respectfully submitted,


                                                 By:_____/s/_____
                                                 Jonathan A. Henry, Va. Bar # 80467
                                                 James T. Phalen, Va. Bar # 32725
                                                 KING & SPALDING LLP
                                                 1700 Pennsylvania Avenue, NW, Suite 200
                                                 Washington, DC 20006
                                                 Phone: (202) 737-0500

>Fax: (202) 626-3737
>jhenry@kslaw.com
>jphalen@kslaw.com
>
>**Counsel for Defendant XL Group, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2011, a copy of the foregoing was served upon the following counsel of record via notice of electronic filing (NEF) by this Court's CM/ECF system:

>Damon W.D. Wright, Va. Bar #40319
>Christopher Scott Crook, Va. Bar #76636
>Venable LLP
>575 7th Street, NW
>Washington, DC 20004-1601
>Telephone (202) 344-4000
>Fax (202) 344-8300
>dwdwright@venable.com
>cscrook@venable.com
>
>*Attorneys for L. Foster Consulting LLC*

>By:_____/s/_____
>Jonathan A. Henry, Va. Bar # 80467
>KING & SPALDING LLP
>1700 Pennsylvania Avenue, NW, Suite 200
>Washington, DC 20006
>Phone: (202) 737-0500
>Fax: (202) 626-3737
>jhenry@kslaw.com
>
>**Counsel for Defendant XL Group, Inc.**

2