# ATTACHMENT A

From: 3016546623   Page: 1/11   Date: 8/4/2011 2:08:30 PM

# FARKAS + TOIKKA LLP
## ATTORNEYS

TEL 202 337 7200
FAX 202 337 7808
www.farkastoikka.com

# FAX

SUBJECT

<u>Re: L. Foster Consulting, LLC v. XL Group, Inc.</u>

DATE: **August 4, 2011**

*TO:* **Paul Schmucker**
**XL Group, Inc.**
**President**
*Phone: 267-880-2100*
*Fax: 267-880-2112*

FROM: *Roger A. Morrison, Esquire*
TEL: *202-375-3555*
FAX: *301-654-6623*
*(Maryland Office)*

COMMENTS:  *Letter 1 page, Curriculum Vitae 6 pages, and partial case list*

# FARKAS + TOIKKA LLP
## ATTORNEYS

TEL 202 337 7200
FAX 202 337 7808
www.farkastoikka.com

August 4, 2011

Paul Schmucker, President
XL Group, Inc.
121 Doyle Street
Doylestown, PA 18901
Phone: 267-880-2100
Fax: 267-880-2112

                Re: L. Foster Consulting, LLC v. XL Group, Inc.

Mr. Schmucker:

You were sued, on August 4, 2011 in the above case in the U.S. District Court for the Eastern District of Virginia. The complaint sets out grounds regarding counts as to breach of contract, specific performance and accounting of licensing revenues, conversion, and unjust enrichment.

A copy of the complaint will be sent to you, if you call us for it at 202-337-7803.

Based on our review of the complaint, we believe we may be able to assist you in the defense of this lawsuit -- as lead or local counsel. Our firm is experienced in all facets of commercial litigation. Our firm partners, L. Peter Farkas, Richard S. Toikka, and myself have collectively over 60 years of litigation experience, including contract litigation. We invite you to review our website: www.farkastoikka.com. And for the three firm partners, I have attached resumes.

You may not yet have been served with a summons and a copy of the complaint. Your response will be due in court 21 days after service is made.

I would like to discuss with you how we may be of assistance to you. And how we can answer any questions you might have about our legal practice. Please respond to me directly by telephone: 202-337-7803 or email: ram@farkastoikka.com. Thank you for your consideration.

Very truly yours,

*Roger Morrison*

Roger A. Morrison
For the firm

ADVERTISEMENT MATERIAL
Enclosures: Resumes (Morrison / Farkas / Toikka), partial case list