**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| **L. FOSTER CONSULTING, LLC** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | Civil Action No.  1:11cv815 |
| | ) | (LMB/JFA) |
| **XL GROUP, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE

Pursuant to the Court's November 29, 2011 Order directing XL Group to notify the Court whether it prefers this action be transferred to the Richmond Division rather than remain in the Alexandria Division, XL Group hereby notifies the Court that XL Group objects to this action remaining in the Alexandria Division and requests that the Court transfer this action to the Richmond Division.

Dated: December 2, 2011                    Respectfully submitted,

By:_____/s/_____
Jonathan A. Henry, Va. Bar # 80467
James T. Phalen, Va. Bar # 32725
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 200
Washington, DC 20006
Phone: (202) 737-0500
Fax: (202) 626-3737
jhenry@kslaw.com
jphalen@kslaw.com

**Counsel for Defendant XL Group, Inc.**

## **CERTIFICATE OF SERVICE**

 I hereby certify that on December 2, 2011, a copy of the foregoing was served upon the following counsel of record via notice of electronic filing (NEF) by this Court's CM/ECF system:

   Damon W.D. Wright, Va. Bar #40319
   Christopher Scott Crook, Va. Bar #76636
   Venable LLP
   575 7th Street, NW
   Washington, DC 20004-1601
   Telephone (202) 344-4000
   Fax (202) 344-8300
   dwdwright@venable.com
   cscrook@venable.com

   *Attorneys for L. Foster Consulting LLC*


   By:_____/s/_____
   Jonathan A. Henry, Va. Bar # 80467
   KING & SPALDING LLP
   1700 Pennsylvania Avenue, NW, Suite 200
   Washington, DC 20006
   Phone: (202) 737-0500
   Fax: (202) 626-3737
   jhenry@kslaw.com

   **Counsel for Defendant XL Group, Inc.**